By the Court.
 

 Relatrix filed in this court a petition seeking a writ to prohibit the respondent court from appointing a receiver to take possession of, manage and operate the property of relatrix and from making her a party in pursuance of a finding by the respondent court in an action, heard on appeal on questions of law and fact, involving a promissory note, foreclosure of a chattel mortgage and accounting. A demurrer was filed to the petition.
 

 Since the questions of jurisdiction of the person and property or to appoint a receiver can be reviewed on appeal, the demurrer to the petition will be sustained and a writ of prohibition will be denied, as the writ of prohibition is not available as a substitute for a proceeding on appeal.
 
 Silliman
 
 v.
 
 Court of Common
 
 
 *117
 

 Pleas of Williams County,
 
 126 Ohio St., 338, 185 N. E., 420.
 

 Writ denied.
 

 Weygandt, C. J., Matthias, Day, Zimmerman, Williams, Myers and Gorman, JJ., concur.